# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Buffy Hoskins v. Mann Bracken, LLC

Case Number:
FILED: MAY 30, 2008
08CV3119   RCC
JUDGE GETTLEMAN
MAGISTRATE JUDGE DENLOW

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Buffy Hoskins

| | |
|---|---|
| NAME (Type or print)  Timothy J. Sostrin | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Timothy J. Sostrin | |
| FIRM  Legal Helpers, P.C. | |
| STREET ADDRESS  233 S. Wacker Dr. STE 5150 | |
| CITY/STATE/ZIP  Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6290807 | TELEPHONE NUMBER  866-339-1156 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐